IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 23277

In the Matter of CHRISTOPHER JOHN SHEPARD,
*Respondent.*

ORDER OF DISBARMENT

In a letter signed July 19, 2021, respondent Christopher John Shepard, an attorney admitted to the practice of law in the state of Kansas, voluntarily surrendered his license to practice law in Kansas, pursuant to Supreme Court Rule 230 (2021 Kan. S. Ct. R. 284).

At the time of his voluntary surrender, Shepard's law license had been administratively suspended since December 10, 2020, for failure to pay attorney registration fees and continuing legal education fees, and for failure to complete continuing legal education requirements. Shepard had also been accused of abandoning his law practice and had pending against him eight complaints from former clients. Based on these complaints, the Disciplinary Administrator's office had filed a formal complaint charging him  with violations of Kansas Rules of Professional Conduct 1.1 (2021 Kan. S. Ct. R. 321) (competence), 1.2 (2021 Kan. S. Ct. R. 323) (scope of representation), 1.3 (2021 Kan. S. Ct. R. 325) (diligence), 1.4 (2021 Kan. S. Ct. R. 326) (communication), 1.5 (2021 Kan. S. Ct. R. 327) (fees), 1.15 (2021 Kan. S. Ct. R. 366) (safekeeping property), 1.16 (2021 Kan. S. Ct. R. 372) (terminating representation), 3.2 (2021 Kan. S. Ct. R. 384) (expediting litigation), 3.4 (2021 Kan. S. Ct. R. 389) (fairness to opposing party and counsel), 5.5 (2021 Kan. S. Ct. R. 406) (unauthorized practice of law), 8.1 (2021 Kan. S. Ct. R. 424) (cooperation), 8.4 (2021 Kan. S. Ct. R. 427) (professional misconduct), Supreme Court Rule 210 (2021 Kan. S. Ct. R. 259) (cooperation), and Supreme Court Rule 231 (2021 Kan. S. Ct. R. 286) (notice to clients, counsel, and courts following suspension).

This court finds that the surrender of Shepard's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Christopher John Shepard is disbarred from the practice of law in Kansas, and his license and privilege to practice law are revoked.

IT IS FURTHER ORDERED that the Office of Judicial Administration strike the name of Christopher John Shepard from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

IT IS FURTHER ORDERED that any pending board proceedings or case terminates effective the date of this order, but the Disciplinary Administrator may direct an investigator to complete a pending investigation to preserve evidence.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to Shepard, and that Shepard forthwith shall comply with Supreme Court Rule 231 (2021 Kan. S. Ct. R. 286).

Dated this 6th day of August 2021.